[No. 5273.]
[No. 2904 C. A.]

DOLL v. SLAUGHTER ET AL.

**Practice in Civil Actions—Right of Plaintiff to Dismiss When. No Counter-claim Filed.**

The plaintiff, where no counter-claim has been set up in the answer, is entitled to dismiss his action in accordance with Mills' Ann. Code, § 166, authorizing a dismissal when no counter-claim has been filed.—P. 52.

*Error to the County Court of Eagle County.*
*Hon. P. Tague, Judge.*

Action by Frank Doll against Edward Slaughter and T. M. Alquist. From a judgment for defendants on plaintiff's motion to dismiss, plaintiff brings error.          *Reversed and remanded.*

Mr. JAMES DILTS and Mr. HENRY T. SALE, for plaintiff in error.

No appearance for defendant in error.

CHIEF JUSTICE STEELE delivered the opinion of the court:

The plaintiff in error began suit in the county court of Eagle county in replevin to recover possession of certain cattle. The defendants answered, and a replication was filed. Thereafter the plaintiff filed his motion to dismiss the cause at his costs. The court did not then pass upon the motion. After the motion was filed, counsel for the defendant asked leave to amend the answer by adding thereto a demand for damages for the wrongful taking of the cattle under the writ of replevin. This motion was granted over plaintiff's objection. The court then proceeded to hear the cause upon its merits, the plaintiff objecting thereto. Thereafter, the court granted the motion of plaintiff to dismiss, and rendered judgment against him and for the defendant, T. M. Alquist, on the claim for damages in the sum of $297.50. The plaintiff took the case by writ of error to the court of appeals. The defendants in error have not entered an appearance.

The case must be reversed. The plaintiff had the right to dismiss his cause, and the court should have entered an order dismissing it when the motion was filed. The Code, section 166, authorizes the dismissal by a plaintiff when no counter-claim has been made. No counter-claim having been made, the plaintiff had a right to dismiss the action.

The judgment is reversed, with directions to the court to dismiss the action.       *Reversed.*

Mr. JUSTICE CAMPBELL and Mr. JUSTICE MAXWELL concur.